# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eugene Bernard Moss,

      Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:07cv310-2

United States of America,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/22/07 Order.

                                             Signed: August 23, 2007

                                             Frank G. Johns, Clerk
                                             United States District Court